676 A.2d 1090

YONKERS CONTRACTING COMPANY, INC. v. ZONING BOARD
OF ADJUSTMENT OF THE TOWNSHIP OF OLD BRIDGE.

May 9, 1996.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.